**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JACQUES L. SOUDELIER,<br><br>*Plaintiff,*<br><br>v.<br><br>DEPARTMENT OF STATE LOUISIANA, R. KYLE ARDOIN, *in his official capacity as Secretary of State of Louisiana*,<br><br>*Defendants.* | Civil Action No. 2:22-CV-02436-SSV-SPC<br><br>Judge Sarah S. Vance<br><br>Magistrate Judge Donna Phillips Currault |

**NOTICE OF SUBMISSION**

Please take notice that Defendants Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b) is hereby set for submission before District Judge Sara S. Vance on November 2, 2022, at 10:00 a.m.

Respectfully Submitted the 6th day of September, 2022.

*/s/ Phillip J. Strach*
Phillip J. Strach*
phillip.strach@nelsonmullins.com
*Trial Attorney*
Thomas A. Farr*
tom.farr@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Ph: (919) 329-3800

/s/ *John C. Walsh*
John C. Walsh, LA Bar ‘Roll No. 24903

**SHOWS, CALL & WALSH, L.L.P**
Baton Rouge, LA 70821
Ph: (225) 383-1461
Fax: (225) 346-5561
Email: john@scwllp.com

**Admitted pro hac vice*

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 6th day of September, 2022, I served the foregoing upon the following persons by placing a copy in the United States mail, properly addressed, and with the correct amount of postage affixed thereto:

Jacques L. Soudelier
1344 Hickory Ave, Apt. B
Harahan, LA 70123

*/s/ Phillip J. Strach*
Phillip J. Strach